| | | | |
|---|---|---|---|
| Larkin v. Scholten . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18875, 19116 | 7/30/97 | Affirmed |
| State v. Beltran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19490 | 7/30/97 | Reversed and Remanded |
| Five–O Rent–A–Car, Inc. v. Aquino . . . . . . . . . . . . . . . . . . . | 16053 | 7/31/97 | Affirmed and Reversed in part |
| Wong v. Marlowe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20095 | 7/31/97 | Vacated and Remanded |